# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 353-3240 / fax (509) 353-3246

March 10, 2006

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Spokane

RECEIVED
MAR 10 2006
UNITED STATES MAGISTRATE JUDGE
SPOKANE, WASHINGTON

The Honorable Cynthia Imbrogno
U. S. Magistrate Judge
Eastern District of Washington
Spokane, WA 99201

RE: KEETON, Patricia
Docket No.: 2:05CR00202-FVS

**Pretrial release date: December 9, 2005**
**VIOLATION REPORT/NO ACTION REQUEST**

Dear Magistrate Judge Imbrogno:

On November 4, 2005, Patricia Keeton was before the Court at a detention hearing. At the hearing, the government did not oppose the defendant's release under the conditions outlined in the pretrial services report. The Court ordered Ms. Keeton's release on the standard conditions of pretrial supervision. Further, Ms. Keeton was directed to complete inpatient treatment through Pioneer Center East.

A status conference was held on December 9, 2005. Verification was provided that Ms. Keeton successfully completed inpatient treatment through Pioneer Center East. In addition to conditions of release ordered on November 4, 2005, the defendant was directed to complete outpatient treatment at New Horizons Care Center, and reside with her mother, Patricia Rose, at the Veradale address.

The purpose of this letter is to notify the Court of the following violation of the defendant's conditions of pretrial release.

**Condition #4:** The defendant shall not commit any offense in violation of Federal, state, or local law.

RE: KEETON, Patricia
March 10, 2006
Page 2

**Violation #1:** Patricia Keeton appears to be in violation of the conditions of her pretrial release due to being cited by the Spokane Police Department on January 26, 2006, for third degree driving while license suspended, a criminal traffic offense.

The evidence for this allegation is as follows:

On January 26, 2006, the defendant contacted the U.S. Probation/Pretrial Services Office and reported she was stopped and cited by the Spokane Police Department for third degree driving while license suspended. She indicated that she was stopped for driving 10 miles over the speed limit, and subsequently notified by the officer that her license was suspended. She reported that her license had been issued within the last 2 weeks, and she was not aware that it had been suspended. After some investigation, it was determined that Ms. Keeton missed a court date, for a traffic infraction, while completing inpatient treatment at Pioneer Center East. Due to the failure to appear (FTA), her license was subsequently suspended.

**Violation #2:** Patricia Keeton appears to be in violation of the conditions of her pretrial release due to being cited by the Spokane County Sheriff's Office on March 2, 2006, for third degree driving while license suspended, a criminal traffic offense.

The evidence for this allegation is as follows:

On March 3, 2006, the defendant called the U.S. Probation/Pretrial Services Office and reported that she was stopped and cited by the Spokane County Sheriff's Office, the previous day, for third degree driving while license suspended.

Ms. Keeton reported that she and her treatment provider had written a letter stating that the "FTA" resulting in her suspended license was because of her participating in inpatient treatment. At the direction of her Spokane public defender, the letter was submitted to the Spokane County court commissioner assigned the case. A request was made for the "FTA" to be withdrawn from the Department of Licensing. This letter was submitted in February 2006, after she received the initial citation.

Adjustment and community resources are as follows:

Patricia Keeton continues to reside with her mother and stepfather, as directed by the Court. She is actively participating in her outpatient treatment at New Horizons Care Center. On January 13, 2006, her chemical dependency counselor indicated she was ready to start seeking employment. Ms. Keeton subsequently found employment with Rockwood South on January 23, 2006, and works in their housekeeping department. She has reported and maintained contact with this office in the manner directed.

**RE: KEETON, Patricia**
**March 10, 2006**
**Page 3**

Patricia Keeton intends to contest the violations of the law alleged in this report. She now has matters pending in both Spokane County District Court and Spokane Municipal Court. Ms. Keeton has been verbally reprimanded by this office, and specifically directed to refrain from driving a motor vehicle until her license has been reinstated. It is respectfully recommended that no action be taken by the Court at this time. The U.S. Probation Office will notify the Court if similar violation behavior continues.

Respectfully submitted,

_/s/ Matthew L. Thompson_   3-10-06
Matthew L. Thompson        Date
U.S. Probation/Pretrial Services Officer

Approved By:

_/s/ Gayla S. Hunt_   3-10-06
Gayla S. Hunt        Date
Supervising U.S. Probation Officer

MLT/csg

c: AUSA Earl A. Hicks
   Assistant Federal Defender, Amy Rubin