UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>PATRICIA JO KEETON,<br><br>            Defendant. | No. CR-05-0202-FVS-4<br><br>ORDER GRANTING MOTION FOR FURLOUGH |

**THIS MATTER** comes before the Court on the Defendant's Motion for Furlough, Ct. Rec. 247.  The United States is represented by Earl A. Hicks.  The Defendant is represented by Amy H. Rubin.  The Court being fully advised,

**IT IS HEREBY ORDERED**:

1. The Defendant's Motion for Furlough, **Ct. Rec. 247**, is **GRANTED**.

2. Beginning on July 15, 2007, the Defendant may take a weekly furlough.

3. The Defendant shall be permitted to leave the Geiger Correction Center every Thursday at 8:00 a.m.

4. The Defendant shall return to the Geiger Correction Center every Sunday no later than 8:00 p.m.

5. The Defendant shall attend any and all college classes.

6. The Defendant shall attend any and all scheduled work at Venture Data.

ORDER GRANTING MOTION FOR FURLOUGH- 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  28th  day of June, 2007.

                              s/ Fred Van Sickle
                                Fred Van Sickle
                          United States District Judge